Manuel Arias-Valdez
A# 91-557-790
El Centro Detención Center
1115 N. Imperial Ave.
El Centro, CA 92243



FILED
AUG 1 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# FOR THE
# SOUTHERN DISTRICT OF CALIFORNIA

Manuel Arias-Valdez,

    Plaintiff.

Vs.

El Centro Detention Center, AKAL Security, And Division of Immigration health services (DIHS), et al.,

    Defendants.

Case No. '08 CV 1480 JLS LSP

## COMPLAINT

## JURISDICTION

1. This action arises under **_Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,_** _403 U.S. 388 (1971)._

2. Jurisdiction is conferred on this court by 28 U.S.C. § 1331.

1

3. The Court has personal jurisdiction over the defendant because the alleged incident occurred within the confines of this Court. Plaintiff, Manuel Arias-Valdez is in custody at El Centro Detention Center.

## VENUE

4. Venue is proper in the United States District Court, Southern District of California Pursuant to 28 U.S.C. §1391.

## PARTIES

5. Plaintiff Manuel Arias-Valdez is a citizen of Mexico. Plaintiff is currently detained at El Centro Detention Center with the Department of Homeland Security (DHS) within the confines of this court.

6. Defendants AKAL Supervisor Mr. Espino and AKAL Officers, Defendants should be considered an agent / employee of the (DHS) because they are acting under Federal guidelines or at the instruction of Federal Officials.

7. Defendants ICE Detention Center Officers and el Centro Medical Center, Defendants should be considered an agent / employee of the (DHS) because they are acting under Federal guidelines or at the instruction of Federal Officials.

## FACTS

8. I am the plaintiff in the instant matter.

9. I am a national and citizen of Mexico.

10. Plaintiff started his custody in Immigration from April 23, 2008 until now at El Centro Detention Center.

11. May 10, 2008. Around 7:05 PM. plaintiff had accident in El Centro Detention Center Gate # 222, when AKAL security Officer in charge in KILO allow plaintiff unaccompanied in front the gate in KILO barrack, the gate was open just approximating 25" consequently when plaintiff try to go out form KILO barrack a AKAL Officer from CCTV close the gate, when plaintiff was in the middle the gate and the gate pressure plaintiff; precedent all this, AKAL Officers take plaintiff in the direction of medical. Plaintiff suffering at lot of pain since the time the error occurred.

12. Defendants acted with gross negligence and had either actual knowledge or reason to know that their conduct was unprofessional a threat to the lives of others. See United States v. Browner, 889 F.2d 549, 553 (5th Cir. 1989); United States v. Fesler, 781 F.2d 384, 393 (5th Cir. 1986).

13. Plaintiff alleges that he suffered emotional distress and believes that his future health has been affected. Plaintiff claimed to have "sustained injuries."

14. As result of these unconstitutional actions by defendants, plaintiff has suffered:

   (1)   Plaintiff is suffering from serious medical problems, mental stress, Psychiatric, discomfort, stress, tension, trauma, discrimination, and emotional harm,

   (2)   Plaintiff was denied his Constitutional Rights for due process.

   (3)   Federal Civil Rights 42 U.S.C. 1983.

## CAUSES OF ACTION

### Fifth Amendment
### Due Process / Equal Protection Clause

" No person shall ... be deprived of life, liberty, or property, without Due process of law."

U.S. Const. Fifth Amendment.
### Eight Amendment

"**Deliberate indifference and maliciously
And sadistifically for the very purpose of causing harm**"

### Fourteenth Amendment

<u>Wolf V. McDonnell</u> (1974) 418 U.S. 539 [94 S. Ct. 2963; 41 L. Ed. 2d 935]; <u>Superintendent v. Hill</u> (1985) 472 U.S. 445 [105 S. Ct. 276; 86 L. Ed 356; <u>Zimmerlee v. Keeney</u> (9th Cir. 1987) 831 F. 2d 183.

15. The Supreme Court has recognized a ***Bivens*** cause of action arising from the Fifth Amendment's due process clause. *See **Davis v. Passman**,* 442 U.S. 228 (1979). *See also **Parratt v. Taylor**,* 451 U.S. 527, 543-44 (1981).

## PRAYER

16. Wherefore plaintiff demands judgment against defendant(s), in the sum of $10,000,000,00 Ten Million dollars and costs.

## JURY DEMAND

17. Pursuant to Federal rule of Civil Procedure 38(b), Plaintiff Manuel Arias-Valdez hereby demands a trial by jury as to all issues so triable.

August 05, 2008

Respectfully Submitted,

Manuel Arias-Valdez

4

Manuel Arias-Valdez
A# 91-557-790
El Centro Detention Center
1115 N. Imperial Ave.
El Centro, CA 92243
Pro Se

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

### " COMPLAINTS AND FEDERAL CIVIL RIGHTS SUIT, et al. "

### CERTIFICATE OF SERVICE

I, Manuel Arias-Valdez, hereby declare under penalty of perjury that the foregoing is true and correct; I further certify that I am the above-entitled Plaintiff to the above matter and that on, August 05, 2008, I served a true copy of the above mentioned complaints upon the following person(s)[1]:

United States District Court
Southern District of California
880 Front Street
San Diego, CA 92101-8900

U.S. Department of justice
United States Attorney General
10 Th and Constitutional Ave. N.W.
Washington, DC 20530

Karen. P. Hewitt,
United States District Attorney
Southern District of California
880 Front Street
San Diego, CA 92101-8893

Manuel Arias-Valdez
A# 91-557-790

---

[1] This Pro-Se filing is deemed filed upon delivery to prison authorities. See Fed. R. App. 25 (a)(c). Houston v. Lack, 487 U.S. 266, 101 L. Ed. 245, 108, S. Ct. 2379 at 274, 275 (1988).

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Manuel Arias-Valdez

**DEFENDANTS**
El Centro Detention Center

(b) County of Residence of First Listed Plaintiff **Imperial**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Manuel Arias-Valdez
1115 N. Imperial Avenue
El Centro, CA 92243
A91-557-790

Attorneys (If Known)

'08 CV 1480 JLS LSP

FILED
AUG 1 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability |  | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability |  |  | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise |  |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property |  | ☒ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 446 Amer. w/Disabilities - Other | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions |  |  |
|  | ☐ 440 Other Civil Rights |  |  |  |  |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
**28 USC 1331(b)**
Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions)
JUDGE _____ DOCKET NUMBER _____

DATE 8/12/2008
SIGNATURE OF ATTORNEY OF RECORD
R Miller

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____