FILED
AUG 1 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

## AFFIDAVIT OR DECLARATION
## IN SUPPORT OF MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*

I, MANUEL ARIAS-VALDEZ, am the petitioner in the above-entitled case. In support of my motion to proceed *in forma pauperis*, I state that because of my poverty I am unable to pay the costs of this case or to give security therefor; and I believe I am entitled to redress.

'08 CV 1480 JLS LSP

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0.00 | $ | $ 0.00 | $ |
| Self-employment | $ 0.00 | $ | $ 0.00 | $ |
| Income from real property (such as rental income) | $ 0.00 | $ | $ 0.00 | $ |
| Interest and dividends | $ 0.00 | $ | $ 0.00 | $ |
| Gifts | $ 0.00 | $ | $ 0.00 | $ |
| Alimony | $ 0.00 | $ | $ 0.00 | $ |
| Child Support | $ 0.00 | $ | $ 0.00 | $ |
| Retirement (such as social security, pensions, annuities, insurance) | $ 0.00 | $ | $ 0.00 | $ |
| Disability (such as social security, insurance payments) | $ 0.00 | $ | $ 0.00 | $ |
| Unemployment payments | $ 0.00 | $ | $ 0.00 | $ |
| Public-assistance (such as welfare) | $ 0.00 | $ | $ 0.00 | $ |
| Other (specify): _____ | $ 0.00 | $ | $ 0.00 | $ |
| **Total monthly income:** | $ 0.00 | $ | $ 0.00 | $ |

2. List your employment history for the past two years, most recent first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| _____ | _____ | _____ | $ 0.00 |
| _____ | _____ | _____ | $ 0.00 |
| _____ | _____ | _____ | $ 0.00 |

3. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| _____ | _____ | _____ | $ 0.00 |
| _____ | _____ | _____ | $ 0.00 |
| _____ | _____ | _____ | $ 0.00 |

4. How much cash do you and your spouse have? $ 0.00 _____
   Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| _____ | _____ | $ 0.00 | $ _____ |
| _____ | _____ | $ 0.00 | $ _____ |
| _____ | _____ | $ 0.00 | $ _____ |

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

☐ Home
   Value 0.00 _____

☐ Other real estate
   Value 0.00 _____

☐ Motor Vehicle #1
   Year, make & model _____
   Value 0.00 _____

☐ Motor Vehicle #2
   Year, make & model _____
   Value 0.00 _____

☐ Other assets
   Description _____
   Value 0.00 _____

|  | You | Your spouse |
|---|---|---|
| Transportation (not including motor vehicle payments) | $ 0.00 | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0.00 | $ |
| Insurance (not deducted from wages or included in mortgage payments) | | |
|    Homeowner's or renter's | $ 0.00 | $ |
|    Life | $ 0.00 | $ |
|    Health | $ 0.00 | $ |
|    Motor Vehicle | $ 0.00 | $ |
|    Other: _____ | $ 0.00 | $ |
| Taxes (not deducted from wages or included in mortgage payments) | | |
|    (specify): _____ | $ 0.00 | $ |
| Installment payments | | |
|    Motor Vehicle | $ 0.00 | $ |
|    Credit card(s) | $ 0.00 | $ |
|    Department store(s) | $ 0.00 | $ |
|    Other: _____ | $ 0.00 | $ |
| Alimony, maintenance, and support paid to others | $ 0.00 | $ |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ 0.00 | $ |
| Other (specify): _____ | $ 0.00 | $ |
| **Total monthly expenses:** | $ 0.00 | $ |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

   ☐ Yes   ☒ No   If yes, describe on an attached sheet.

10. Have you paid – or will you be paying – an attorney any money for services in connection with this case, including the completion of this form?   ☐ Yes   ☒ No

    If yes, how much? _____

    If yes, state the attorney's name, address, and telephone number:

11. Have you paid—or will you be paying—anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

    ☐ Yes   ☒ No

    If yes, how much? _____

    If yes, state the person's name, address, and telephone number:

12. Provide any other information that will help explain why you cannot pay the costs of this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: AUGUST 05 - _____, 20 008

_____
(Signature)