Manuel Arias-Valdez
A# 91-557-790
El Centro Detención Center
1115 N. Imperial Ave.
El Centro, CA 92243


FILED
AUG 1 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF CALIFORNIA

Manuel Arias-Valdez,  )
  )  Case No. '08 CV 1480 JLS LSP
  Plaintiff.  )
  )
Vs.  )
  )
El Centro Detention Center, AKAL  )
Security, et al.,  )
  )
  Defendants.  )

## MOTION FOR APPOINTMENT OF COUNSEL

I request that the Court appoint an Attorney to represent me in the matter cited above. In support of this motion I have attached the following:

1. An affidavit relating to my ability to pay no cost and fees.
2. A Detention Certificate shows the amount of money and the balance of my account.

I have made the following efforts to obtain counsel from legal aid or legal services organizations or individual attorneys without payment of a fee or a contingent fee basis, and have not been able to obtain the services of counsel.

Date: August 05, 2008

Respectfully Submitted,

Manuel Arias-Valdez
A#91-557-790
El Centro Detention Center
1115 N. Imperial Ave.
El Centro, CA  92243